# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| RAYLENE VAN BUSKIRK,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:16-CV-05979-RSM<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will reconsider whether a finding of disability on the existing record is warranted. If a favorable decision is not made on the record, the Administrative Law Judge will re-evaluate the medical opinions and Plaintiff's allegations about her limitations, reassess whether Plaintiff meets or equals a Listing, and reassess Plaintiff's residual functional capacity. The ALJ will afford Plaintiff the opportunity to appear at a new hearing and present evidence and testimony. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DATED this 30 day of May 2017.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov