# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYLENE VAN BUSKIRK, ) | CIVIL NO: C16-5979 RSM |
| Plaintiff, ) | |
| vs. ) | ORDER FOR ATTORNEY FEES |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security Administration ) | |
| Defendant ) | |

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount $5,298.70 and costs of $400.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. ' 2412 . Plaintiff's EAJA fees which are not subject to any offset allowed under the Department of the Treasury's Offset Program, shall be made payable to D. James Tree, based upon Plaintiff's assignment of these amounts to Mr. Tree, and that any check for EAJA fees shall be mailed to Mr. Tree at 3711 Englewood Avenue, Yakima, WA 98902, or direct deposited into the Tree Law Office account.

Dated this 15th day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEY FEES - 1

Tree Law Office
3711 Englewood Ave.
Yakima, WA 98902
Phone: 509-452-1700

ORDER FOR ATTORNEY FEES - 2

Tree Law Office
3711 Englewood Ave.
Yakima, WA 98902
Phone: 509-452-1700