# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYLENE VAN BUSKIRK,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 3:16-cv-05979-RSM<br><br>ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

Plaintiff was awarded at least $75,268.08 in backpay. Twenty-five percent of the backpay is $18,817.02. Counsel for Plaintiff has been awarded §406(a) administrative fees from the Social Security Administration on this claim in the amount of $6,000.00.

Plaintiff requests this Court grant §406(b) attorney fees in the amount of $12,817.02. This Court finds that §406(b) attorney fees in the amount of $12,817.02 are a reasonable attorney fee and hereby awards D. James Tree, attorney for plaintiff, §406(b) attorney fees in the amount of $12,817.02. An offset

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-1

of $0 for EAJA attorney fees will be taken leaving a net §406(b) payable to Mr. Tree of $12,817.02.

It is hereby ORDERED that §406(b) attorney fees are awarded to Mr. Tree in the amount of $12,817.02 and plaintiff is due an offset of $0 for previously paid EAJA fees, leaving a net attorney fee due Mr. Tree of $12,817.02.

IT IS SO ORDERED this 27th day of February 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/ D. JAMES TREE, WSBA#16976

Attorney for Plaintiff
3711 Englewood Avenue
Yakima, Washington 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-2